UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE, NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 3:06CR85 |
| V. | ) | |
| | ) | ORDER |
| THOMAS MCKOY RICHARDSON | ) | |

It is hereby ordered, adjudged, and decreed, that the Clerk of this court may seal and provide a copy of the Forensic Evaluation prepared in this case to counsel. Said copy to be kept under seal and filed under seal.

The Clerk is directed to certify copies of this order to Defendant, counsel for the Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: July 5, 2007

Frank D. Whitney
United States District Judge