# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL CASE NO. 3:06-cr-00085-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| THOMAS McCOY RICHARDSON, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon the Defendant's "Motion to Transfer Jurisdiction over Probationer Pursuant to 18 U.S.C. 3605" [Doc. 85].

The Defendant requests that the Court enter an order transferring jurisdiction over his term of supervised release to the District of South Carolina. [Doc. 85].

The Defendant is currently incarcerated and serving a 180-month term. According to the Bureau of Prisons, the Defendant's current projected release date is May 2019. Accordingly, his motion for a transfer of jurisdiction related to his term of supervised release is premature.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Transfer Jurisdiction over Probationer Pursuant to 18 U.S.C. 3605" [Doc. 85] is **DENIED**.

**IT IS SO ORDERED.**

Signed: November 4, 2016

Martin Reidinger
United States District Judge